**WO**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Sousan Alexander,<br>Plaintiff,<br>v.<br>T. Palmer, et al.,<br>Defendants. | No. CV-26-04593-PHX-JAT<br>**ORDER** |

Pending before the Court is Plaintiff Sousan Alexander's Motion for Leave to File a Second Amended Complaint. (Doc. 23). The nine officers serving the Maricopa County Sherrif's Office (collectively, the "MCSO Defendants") are unopposed to this Motion, (Doc. 26), as are Defendants American Residential Properties ("ARP") and its President, Hamed Armin, (Doc. 27).[1] The Court will therefore grant Plaintiff's Motion. *See* Fed. R. Civ. P. 15(a)(2). This Order, however, does not preclude any Defendants from moving to dismiss the claims in the Second Amended Complaint.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Leave to File a Second Amended Complaint (Doc. 23) is granted.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall file the lodged Second Amended Complaint at Doc. 24.

**IT IS FURTHER ORDERED** that MCSO Defendants' Motion to Dismiss (Doc.

[1] The only other non-fictitious Defendant, Maricopa County, has not appeared.

14) is denied as moot.

**IT IS FURTHER ORDERED** that the Clerk of the Court's entry of default against ARP, Hamed Armin (individually) and Hamed Armin (as Trustee of the Hamed Armin Trust) (Doc. 19) is vacated because the default at Doc. 19 was not based on the second amended complaint.[2]

**IT IS FURTHER ORDERED** that Plaintiff's Motions for Entry of Default Judgment against ARP and Hamed Armin (Docs. 15 and 21) are denied as moot.

**IT IS FURTHER ORDERED** that Plaintiff's second motion for temporary restraining order (Doc. 8) is denied as moot because it was not filed based on the second amended complaint.

**IT IS FINALLY ORDERED** that the appearing Defendants shall answer or otherwise respond to the Second Amended Complaint within 14 days of the date of this Order.

Dated this 29th day of September, 2026.

James A. Teilborg
Senior United States District Judge

---

[2] Although the entry of default does not specify in which capacity (or both) default was entered against Hamed Armin, the application for entry of default sought default against Hamed Armin in both capacities. (Doc. 16).