WO

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Sousan Alexander,

Plaintiff,

v.

Maricopa County, et al.,

Defendants.

No. CV-26-04593-PHX-JAT

**ORDER**

The deadline for completing service in this case was September 29, 2026. *See* Fed. R. Civ. P. 4(m). At Document 13, page 3, it states that service paperwork for Maricopa County was sent by United States mail to the Maricopa County Attorney's Office – Civil Division.

Federal Rule of Civil Procedure 4(j) states:

> (j) Serving a … Local Government.
> …
> (2) State or Local Government. A state, a municipal corporation, or any other state-created governmental organization that is subject to suit must be served by:
> (A) delivering a copy of the summons and of the complaint to its chief executive officer; or
> (B) serving a copy of each in the manner prescribed by that state's law for serving a summons or like process on such a defendant.

Arizona Rule of Civil Procedure 4.1(h) states:

> h) Serving a Governmental Entity. If a governmental entity has the legal capacity to be sued and it has not waived service under Rule 4.1(c), it may be served by delivering a copy of the summons and the pleading being served to the following individuals:
> …
> (2) for service on a county, the Board of Supervisors clerk for

that county…[.]

The proof of service filed at Doc. 13 for Maricopa County does not meet the foregoing requirements. Accordingly,

**IT IS ORDERED** that within 14 days of the date of this Order, Plaintiff shall show cause why Maricopa County should not be dismissed for failure to serve.

Dated this 15th day of October, 2026.

James A. Teilborg
Senior United States District Judge